```
                    IN THE UNITED STATES DISTRICT COURT
                       FOR THE DISTRICT OF NEW JERSEY
```

|  |  |
|---|---|
| KENNETH J. MANLEY, | Civil Action |
| Plaintiff, | No. 16-6191 (JBS-AMD) |
| v. | **MEMORANDUM OPINION** |
| CAMDEN COUNTY CORRECTIONAL FACILITY, | |
| Defendant. | |

**SIMANDLE, Chief District Judge**

Plaintiff Kenneth J. Manley seeks to bring this civil action in forma pauperis ("IFP"), without prepayment of fees or security. IFP Application, Docket Entry 1-2.

Plaintiff did not complete the application, writing only "NA" in the first columns. Plaintiff must complete the application before the Court can consider it. The Court will therefore deny the application to proceed *in forma pauperis* without prejudice. Plaintiff must either submit a completed IFP application or the $350 filing fee and $50 administrative fee before the complaint will be filed.

An appropriate order follows.

| | |
|---|---|
| **October 20, 2016** | s/ Jerome B. Simandle |
| Date | JEROME B. SIMANDLE |
| | Chief U.S. District Judge |